IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

CHRISTOPHER A. TRENHOLME, )
)
    Plaintiff, )
) No. 3:10-cv-01126
v. )
) Judge Nixon
CAROLYN W. COLVIN, ) Magistrate Judge Griffin
Commissioner of Social Security, )
)
    Defendant. )

## ORDER

Pending before the Court is Plaintiff Christopher A. Trenholme's Motion for Judgment on the

Administrative Record ("Motion") (Doc. No. 12), filed with a Brief in Support (Doc. No. 12-1).

Defendant Commissioner of Social Security filed a Response opposing the Motion (Doc. No. 13), to

which Plaintiff filed a Reply (Doc. No. 14). Subsequently, Magistrate Judge Griffin issued a Report and

Recommendation ("Report") recommending that the Motion be denied and the Commissioner's decision

be affirmed. (Doc. No. 17 at 47.) The Report was filed on January 15, 2014, and provided a period of

fourteen days in which either party could file an objection. (*Id.*) Neither party has filed an objection to

date.

Upon review of this matter, the Court finds the Report to be well-founded and **ADOPTS** it in its

entirety. Accordingly, the Court hereby **DENIES** Plaintiff's Motion (Doc. No. 12) and **AFFIRMS** the

decision of the Commissioner. The Clerk of the Court is **DIRECTED** to close the case.

It is so ORDERED.

Entered this the 12th day of February, 2014.

_____
JOHN T. NIXON, SENIOR JUDGE
UNITED STATES DISTRICT COURT